```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

WILLIAM R. MITCHELL,             )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )     C.A. No. 04-11504-RCL
                                 )
WILLIAM D. MONGELLI, LIBRARIAN   )
FOR MCI-NORFOLK STATE PRISON IN  )
HIS OFFICIAL AND INDIVIDUAL      )
CAPACITY,                        )
                                 )
     Defendant.                  )
```

## MEMORANDUM AND ORDER

For the reasons stated below, plaintiff's Application to Proceed Without Prepayment of Fees and Motion to Proceed In Forma Pauperis are denied without prejudice to refiling with a copy of his certified prison account statement within forty-two (42) days of the date of this Memorandum and Order.

## BACKGROUND

On July 1, 2004 plaintiff William Mitchell, now incarcerated at MCI Norfolk, submitted for filing his self-prepared, civil rights complaint accompanied by an Application to Proceed Without Prepayment of Fees and Affidavit and a Motion to Proceed In Forma Pauperis. The Application and Motion both indicate that plaintiff has no source of income and no funds.

1

DISCUSSION

Although plaintiff has submitted an Application to Proceed Without Prepayment of Fees as required under Section 1915(a)(1), he has not yet provided the required certified copy of his trust fund account statement at MCI Norfolk as required by Section 1915(a)(2).  See 28 U.S.C. § 1915 (a)(1), (a)(2).[1]  To enable this Court to calculate the amount that plaintiff must initially pay pursuant to Section 1915(b)(1), plaintiff must file a copy of his prison account statement. Plaintiff will be granted additional time to do so.

ORDER

Based upon the foregoing, it is hereby

ORDERED, plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 1) and Motion to Proceed In Forma Pauperis (Docket No. 2) are denied without prejudice to prejudice to refiling with a copy of his certified prison account statement within forty-two (42) days of the date of this Memorandum and Order; and it is further

---

[1] If plaintiff submits a certified copy of his prison account statement, the Court will direct the appropriate prison official to withhold from plaintiff's prison account and pay to the Court an initial payment towards the $150.00 filing fee.  The appropriate prison official will also be directed to collect monthly payments from plaintiff's prison account on a continuing basis until such time as the $150.00 statutory filing fee is paid in full.  Id.

ORDERED, if plaintiff wishes to proceed with this action, he shall file, within forty-two (42) days of the date of this Memorandum and Order, an Application to Proceed Without Prepayment of Fees accompanied by a certified copy of his institutional account statement.  The Clerk shall send plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with this Order.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>2nd</u> day of <u>August</u>, 2004.

<u>/s/ Reginald C. Lindsay</u>
REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE
