William R. Mitchell
P.O. Box 43
Norfolk, MA 02056

United States District Court
District of Massachusetts
William L. Ruane, Jr.
Chief Deputy Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

August 10, 2004

Re: MITCHELL V. MONGELLI
    CIVIL ACTION NO. 04-11504-RCL

Dear Clerk Ruane:

   On August 6, 2004, I received the Court's Memorandum and Order denying my application to proceed without prepayment of fees and motion to proceed in forma pauperis without prejudice.

   The Court found that my inmate prison accounts were not included with the application and motion. The Court then ordered that I may have additional time to filing the pertinent prison accounts, including, but not limited to 42 days from the Court's order.

   The clerk's office included in the Court's order a blank application to proceed without prepayment of fees and affidavit to be filled out and sent back to the Court. Please find enclosed.

   I want to make the record clear as to any problem with my prison accounts here at MCI-Norfolk, it seems like the Institution is deliberately withholding my prison account in order to prolong the filing of this Complaint.

   The reason being is that I did in fact enclose an application to proceed without prepayment of fees and affidavit and turned it over the the Institution for processing and to include my prison accounts, (See enclosed), directing the treasurer's office to include my prison accounts.

-2-

Apparently the treasurer failed to include my prison accounts.

So at this time I swear under the pains and penalties of perjury on this 10th day of August, 2004, that I have submitted the application to proceed without prepayment of fees and affidavit to the Institutional Treasurer to included my prison accounts.

Thank you for your time in this matter.

Very truly yours,

William R. Mitchell

cc: file
encls.

AO 240 (Rev. 1/94)

# United States District Court

United States _____ DISTRICT OF Massachusetts

William R. Mitchell
    Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

William D. Mongelli, Librarian
    Defendant

CASE NUMBER: None

I, __William R. Mitchell__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Norfolk State Prison__

   Are you employed at the institution? __NO__    Do you receive any payment from the institution? __NO__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

       None

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

       None

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    Yes ☐   No ☒
   b. Rent payments, interest or dividends    Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments    Yes ☐   No ☒
   d. Disability or workers compensation payments    Yes ☐   No ☒
   e. Gifts or inheritances    Yes ☒   No ☐
   f. Any other sources    Yes ☐   No ☒

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive. I received limited amounts of funds from my family and it has to last along period of time.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "yes" state the total amount. None

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

   If "yes" describe the property and state its value.

None

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

None

I declare under penalty of perjury that the above information is true and correct.

June __, 2004                 _William R. Mitchell_
DATE                          SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average balance was $ _____.

A ledger sheet showing the past six months' transactions:

☐ is attached        ☐ is not available at this institution

DATE                          SIGNATURE OF AUTHORIZED OFFICER