William R. Mitchell
P.O. Box 43
Norfolk, MA 02056

United States District Court
District of Massachusetts
William L. Ruane, Jr.
Chief Deputy Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

September 28, 2004

Re: MITCHELL V. MONGELLI
    CIVIL ACTION NO. 04-11504-RCL

Dear Clerk Ruane:

   On June 28, 2004, I filed a Complaint and various motions for leave to proceed in forma pauperis. On August 2, 2004, the Court denied the motion without prejudice pending the receipt of my six month canteen accounts.

   On August 10, 2004, I filed my six month canteen accounts with proof that a six month canteen account was already filed with the original Complaint but was never received.

   I am enclosing my Amended Complaint as of right and pursuant to the Fed.R.Civ.P. Rule 15(a) as there has been no responsive pleading filed yet nor has service of process begun yet. The defendant will not be prejudiced by this Amended Complaint.

   I also move this Honorable Court to make service of process pursuant to Fed.R.Civ.P. Rule 4(c)(2) as I am waiting for the Court to either allow or deny my request to proceed in forma pauperis. In the alternative, I respectfully request that this Honorable Court compel the waiver of service of process by the defendant pursuant to Fed.R.Civ.P. Rule 4(d)(1) in order to save the Commonwealth the cost of service by U.S. Marshalls.

   Thank you for your time in this matter.

-2-

                                            Very truly yours,

                                            William R. Mitchell

cc: file
encls.