**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William R. Mitchell | CV-04-11504-RCL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William D. Monzelli | Civil Action |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
William D. Monzelli

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 43, Norfolk, MA 02056

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Mitchell
P.O. Box 43
Norfolk, MA 02056

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA
2005 MAR 22 A 7:48

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT
*William R. Mitchell*   TELEPHONE NUMBER: —   DATE: 3/17/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | *Harvey Talavera* | 3/22/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time   am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: Service by Cert Mail 3/23/05

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

William R. Mitchell,
Plaintiff

V.

**SUMMONS IN A CIVIL CASE**

William D. Mongelli,
Defendant.

CASE NUMBER: C.A. No. 04-11504-RCL

TO: (Name and address of Defendant)

William D. Mongelli

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William R. Mitchell, pro se

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                                                                March 15, 2005
CLERK                                                          DATE

(By) DEPUTY CLERK

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Morse, Barbara entered on 3/15/2005 at 1:37 PM EST and filed on 3/15/2005
Case Name: Mitchell v. Mongelli
Case Number: 1:04-cv-11504
Filer:
Document Number: 9

Docket Text:
NOTICE: re payment of fee (prisoner filer) issued to the Treasurer at MCI Norfolk (Morse, Barbara)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=3/15/2005] [FileNumber=892774-0]
[158bf83da497ae930d31e4fbbc977251ab1bc5fdd9ed4e153d51fecded777895fdd0
e5eaf163bc29f4091633a31c05101f5b546a4435d7308e48588d9a5b17ba]]


1:04-cv-11504 Notice will be electronically mailed to:

1:04-cv-11504 Notice will not be electronically mailed to:

William R. Mitchell
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Morse, Barbara entered on 3/15/2005 at 1:38 PM EST and filed on 3/15/2005
Case Name: Mitchell v. Mongelli
Case Number: 1:04-cv-11504
Filer:
Document Number:

Docket Text:
Summons Issued as to William D. Mongelli. Mailed to plaintiff with USM 285 forms, LR 4.1 and notice re: service by marshals service. (Morse, Barbara)

The following document(s) are associated with this transaction:


1:04-cv-11504 Notice will be electronically mailed to:

1:04-cv-11504 Notice will not be electronically mailed to:

William R. Mitchell
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056