```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

WILLIAM R. MITCHELL,                    No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

## NOTICE OF APPEARANCE

Notice is hereby given that undersigned counsel enters his appearance for the defendant, William D. Mongelli.

                        Respectfully submitted,

                        NANCY ANKERS WHITE
                        Special Assistant Attorney General

Date: April 25, 2005        __/s/ DAVID J. RENTSCH_____
                                      David J. Rentsch, Counsel
                                      Legal Division
                                      Department of Correction
                                      70 Franklin Street, Suite 600
                                      Boston, MA  02110-1300
                                      (617) 727-3300, ext. 142
                                      BBO #544926