```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

WILLIAM R. MITCHELL,                           No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

### MOTION FOR EXEMPTION FROM LR 7.1 REQUIRING MOTION CONFERENCE

The defendant, through counsel, respectfully requests that this Court exempt him from the requirements of LR 7.1(A)(2) for all motions which may be filed in this matter. In support, counsel states that the _pro se_ plaintiff is a state prisoner and any attempts to confer with him prior to the filing of motions would be unduly burdensome, create unnecessary delays, and serve no useful purpose.

                                    WILLIAM D. MONGELLI

                                    By his attorney,

                                    NANCY ANKERS WHITE
                                    Special Assistant Attorney General

Date: April 25, 2005             __/s/ DAVID J. RENTSCH_____
                                    David J. Rentsch, Counsel
                                    Legal Division
                                    Department of Correction
                                    70 Franklin Street, Suite 600
                                    Boston, MA  02110-1300
                                    (617) 727-3300, ext. 142
                                    BBO #544926