UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM R. MITCHELL,                                No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

## MOTION TO ENLARGE TIME

The defendant hereby moves this Court to enlarge the time to respond to the Amended Complaint against him, up to and including May 27, 2005. In support, counsel states that this case was just recently assigned to him, and he will need additional time to investigate and respond to the allegations in the plaintiff's pro se pleadings.

                                      WILLIAM D. MONGELLI

                                      By his attorney,

                                      NANCY ANKERS WHITE
                                      Special Assistant Attorney General

Date: April 25, 2005        __/s/ DAVID J. RENTSCH_____
                                      David J. Rentsch, Counsel
                                      Legal Division
                                      Department of Correction
                                      70 Franklin Street, Suite 600
                                      Boston, MA  02110-1300
                                      (617) 727-3300, ext. 142
                                      BBO #544926