UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM R. MITCHELL,                              No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

## CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I mailed a copy of the following papers to the plaintiff, William R. Mitchell, pro se by first class mail, postage pre-paid, at MCI-Norfolk, P.O. Box 43, Norfolk, MA 02056.

- NOTICE OF APPEARANCE;
- MOTION FOR EXEMPTION FROM LR 7.1 REQUIRING MOTION CONFERENCE; and,
- MOTION TO ENLARGE TIME.

                                      NANCY ANKERS WHITE
                                      Special Assistant Attorney General

Date: April 25, 2005        __/s/ DAVID J. RENTSCH_____
                                    David J. Rentsch, Counsel
                                    Legal Division
                                    Department of Correction
                                    70 Franklin Street, Suite 600
                                    Boston, MA  02110-1300
                                    (617) 727-3300, ext. 142
                                    BBO #544926