```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

WILLIAM R. MITCHELL,                              No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

### DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), the defendant, William D. Mongelli, moves for judgment on the pleadings in his favor. In support, the defendant relies on the arguments contained in the attached memorandum of law.

```
                              WILLIAM D. MONGELLI

                              By his attorney,

                              NANCY ANKERS WHITE
                              Special Assistant Attorney General


Date: July 6, 2005           __/s/ DAVID J. RENTSCH_____
                              David J. Rentsch, Counsel
                              Legal Division
                              Department of Correction
                              70 Franklin Street, Suite 600
                              Boston, MA  02110-1300
                              (617) 727-3300, ext. 142
                              BBO #544926
```

**"BY ORDER OF THE COURT, THE MOVING PARTY WAS NOT REQUIRED TO CONFER WITH OTHER PARTIES BEFORE FILING THIS MOTION."**