HABEAS

## United States District Court
### District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10844-MLW

EXHIBIT
**1**

Mitchell v. Spencer
Assigned to: Judge Mark L. Wolf
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/26/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**William R. Mitchell**                    represented by **William R. Mitchell**
P.O. Box 43
Norfolk, MA 02056
PRO SE

V.

**Respondent**

**Luis Spencer**                           represented by **Susanne G. Reardon**
*Superintendent of MCI Norfolk*            Attorney General's Office
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email:
susanne.reardon@ago.state.ma.us
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by William R. Mitchell.(Jenness, Susan) (Entered: 04/28/2004) |
| 04/26/2004 | 2 | PETITION for Writ of Habeas Corpus, filed by William R. Mitchell. (Jenness, Susan) (Entered: 04/28/2004) |
| 04/28/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 04/28/2004) |
| 04/28/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 04/28/2004) |
| 06/18/2004 | 4 | Judge Mark L. Wolf : SERVICE ORDER re 2254 Petition entered. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for |

| | | |
|---|---|---|
| | | service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. Copies of Order and petition served by certified mail, return receipt requested.(Morse, Barbara) (Entered: 06/21/2004) |
| 06/21/2004 | 3 | Judge Mark L. Wolf : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. Copies mailed to parties. (Morse, Barbara) (Entered: 06/21/2004) |
| 06/21/2004 | | Remark: Copies of Orders (Docket No.s 3 & 4) mailed to petitioner by regular mail. (Morse, Barbara) (Entered: 06/21/2004) |
| 07/08/2004 | 5 | MOTION to Dismiss *as time barred* by Luis Spencer.(Reardon, Susanne) (Entered: 07/08/2004) |
| 07/08/2004 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss *as time barred* filed by Luis Spencer. (Reardon, Susanne) (Entered: 07/08/2004) |
| 07/09/2004 | 7 | Supplemental APPENDIX to 5 MOTION to Dismiss *as time barred* by Luis Spencer, FILED, c/s. (Boyce, Kathy) (Entered: 07/14/2004) |
| 07/19/2004 | 8 | Opposition to 5 MOTION to Dismiss *as time barred* filed by William R. Mitchel, FILED, c/s. (Boyce, Kathy) (Entered: 07/20/2004) |
| 06/21/2005 | 9 | Letter/request (non-motion) from William R. Mitchell requesting that a docket sheet be sent to him, FILED. (Boyce, Kathy) (Entered: 06/22/2005) |
| 06/22/2005 | | DOCKET SHEET sent to William R. Mitchell (Boyce, Kathy) (Entered: 06/22/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/05/2005 12:00:17 | | | |
| PACER Login: | ██████ | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10844-MLW |
| Billable Pages: | 1 | Cost: | 0.08 |