UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM R. MITCHELL,                              No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

## DEFENDANT'S MOTION TO STAY DISCOVERY

The defendant, William D. Mongelli, moves for an order staying all discovery in this case pending a ruling on the defendant's motion for judgment on the pleadings, Fed. R. Civ. P. 12(c). In support, the defendant states that this Court's ruling on the dispositive motion could obviate the need for discovery in this case. The plaintiff does not need to conduct any discovery to oppose the defendant's motion, since motions under Rule 12(c) assume that all of the facts alleged in the pleadings are true.

                        WILLIAM D. MONGELLI

                        By his attorney,

                        NANCY ANKERS WHITE
                        Special Assistant Attorney General

Date: July 6, 2005            __/s/ DAVID J. RENTSCH_____
                                    David J. Rentsch, Counsel
                                    Legal Division
                                    Department of Correction
                                    70 Franklin Street, Suite 600
                                    Boston, MA  02110-1300
                                    (617) 727-3300, ext. 142
                                    BBO #544926

**"BY ORDER OF THE COURT, THE MOVING PARTY WAS NOT REQUIRED TO CONFER WITH OTHER PARTIES BEFORE FILING THIS MOTION."**