UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM R. MITCHELL,                               No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

## CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I caused copies of the following papers to be mailed to the plaintiff, William R. Mitchell, <u>pro se</u> by first class mail, postage pre-paid, at MCI-Norfolk, P.O. Box 43, Norfolk, MA 02056.

- DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS;
- MEMORANDUM OF LAW IN SUPPORT OF THE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS; and,
- DEFENDANT'S MOTION TO STAY DISCOVERY.

                                  NANCY ANKERS WHITE
                                  Special Assistant Attorney General

Date: July 6, 2005          __/s/ DAVID J. RENTSCH_____
                                    David J. Rentsch, Counsel
                                    Legal Division
                                    Department of Correction
                                    70 Franklin Street, Suite 600
                                    Boston, MA 02110-1300
                                    (617) 727-3300, ext. 142
                                    BBO #544926