UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
WILLIAM R. MITCHELL,      )
     Plaintiff,           )
                          )
                          )
     -v-                  )       CIVIL ACTION
                          )       No. 04-11504-RCL
                          )
WILLIAM D. MONGELLI,      )
     Defendant.           )
                          )
```

PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE
PAGE LIMIT PURSUANT TO LOCAL RULE 7.1(B)(4)

NOW COMES the Plaintiff William R. Mitchell in the above-entitled matter, and he does hereby respectfully move this Honorable Court pursuant to Local Rule 7.1(B)(4), for leave to exceed the page limit for filing a memorandum in opposition to Defendant's Motion For Judgment on the Pleadings as the extra pages are needed to express Plaintiff's arguments and that there were arguments by Defendant that needed clarification and therefore, the extra pages are warranted.

Plaintiff also moves this Honorable Court for leave to exceed the page limit as the Defendant made arguments that are not in any pleading and Plaintiff was taken by subterfuge.

WHEREFORE, Plaintiff prays that his Motion For Leave To Exceed The Page Limit Pursuant To Local Rule 7.1(B)(4) be ALLOWED.

-2-

>Respectfully submitted
>by the Plaintiff,
>
>*/s/ William R. Mitchell*
>William R. Mitchell, pro-se
>P.O. Box 43
>Norfolk, MA 02056

Dated: July 19, 2005