William R. Mitchell
P.O. Box 43
Norfolk, MA 02056

United States District Court
District of Massachusetts
Clerk of Court's Office
1 Courthouse Way, Suite 2300
Boston, MA 02210

March 11, 2006

FILED
IN CLERKS OFFICE
2006 MAR 13 P 2:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: MITCHELL V. MONGELLI
    CIVIL ACTION NO. 04-11504-RCL

Dear Clerk:

I am in request for a copy of an "up-to-date" set of the Court's docket entries in the above-entitled case.

Thank you for your time in this matter.

Very truly yours,

William R. Mitchell

William R. Mitchell

cc: file