UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM R. MITCHELL,                             No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

### JOINT PROPOSED PRETRIAL SCHEDULE

Pursuant to this Court's order of March 6, 2006, the parties propose the following schedule of pretrial matters for this case:

1) Any amendments to the pleadings must be filed by April 3, 2006;
2) All discovery will be completed by June 2, 2006;
3) Further dispositive motions will be filed by August 4, 2006.

PLAINTIFF                              DEFENDANT

                                          By his attorney,

                                          NANCY ANKERS WHITE
                                          Special Assistant Attorney General

*/s/ William R. Mitchell*           */s/ David J. Rentsch*
William R. Mitchell, pro se          David J. Rentsch, Counsel
Plaintiff                            Legal Division
MCI-Norfolk                          Department of Correction
P.O. Box 43                          70 Franklin St., Suite 600
Norfolk, MA  02056                   Boston, MA  02110-1300
                                   (617) 727-3300 ext. 142
                                   BBO #544926
Date: 3/23/06                        djrentsch@doc.state.ma.us