UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM R. MITCHELL,                         No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

### MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF CONFINED IN PRISON

Pursuant to Fed. R. Civ. P. 30(a)(2), the defendant requests leave of court to take the deposition of the plaintiff, William R. Mitchell, a person confined in prison at the Massachusetts Correctional Institution, Norfolk.

    WILLIAM D. MONGELLI

    By his attorney,

    NANCY ANKERS WHITE
    Special Assistant Attorney General

Date: March 28, 2006         __/s/ DAVID J. RENTSCH_____
    David J. Rentsch, Counsel
    Legal Division
    Department of Correction
    70 Franklin Street, Suite 600
    Boston, MA  02110-1300
    (617) 727-3300, ext. 142
    BBO #544926
    djrentsch@doc.state.ma.us

### CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of this paper to be mailed to the plaintiff, William R. Mitchell, pro se by first class mail, postage pre-paid, at MCI-Norfolk, P.O. Box 43, Norfolk, MA 02056.

Date: March 28, 2006         __/s/ DAVID J. RENTSCH_____