```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

WILLIAM R. MITCHELL,                         No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

<u>DEFENDANT'S OPPOSITION TO THE
PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER</u>

    The defendant hereby opposes the plaintiff's motion for a protective order (P#26). The plaintiff fails to state any legitimate reason for requesting that he not be deposed in this case. When the plaintiff initiated this action, he subjected himself to the rules of this Court, including its discovery rules. The plaintiff's *pro se* status does not absolve him from compliance with all relevant procedural rules. <u>F.D.I.C. v. Anchor Properties</u>, 13 F.3d 27, 31 (1st Cir. 1994); <u>Andrews v. Bechtel Power Corp.</u>, 780 F.2d 124, 140 (1st Cir. 1985).

    Furthermore, there is no substantive basis for the plaintiff's claim that the defendant is avoiding his discovery obligations. Pursuant to the Court's order on August 3, 2005, discovery was stayed pending the ruling on the defendant's motion for judgment on the pleadings. The Court issued its ruling on March 6, 2006. The plaintiff thereafter propounded amended interrogatories to the defendant. *See* cover letter, dated March 21, 2006, from the plaintiff (Exhibit 1). The defendant is still within his time for answering the interrogatories and responding to the plaintiff's request for production of documents. *See* Exhibit 1, wherein the plaintiff

2

indicated that the time for answering his document request would also commence on March 21, 2006.

WHEREFORE, the plaintiff's motion for a protective order should be denied.

                              WILLIAM D. MONGELLI

                              By his attorney,

                              NANCY ANKERS WHITE
                              Special Assistant Attorney General

Date: April 13, 2006         __/s/ DAVID J. RENTSCH_____
                              David J. Rentsch, Counsel
                              Legal Division
                              Department of Correction
                              70 Franklin Street, Suite 600
                              Boston, MA  02110-1300
                              (617) 727-3300, ext. 142
                              BBO #544926
                              djrentsch@doc.state.ma.us

                           CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I caused a copy of this paper to be mailed to the plaintiff, William R. Mitchell, pro se by first class mail, postage pre-paid, at MCI-Norfolk, P.O. Box 43, Norfolk, MA  02056.

Date: April 13, 2006                    __/s/ DAVID J. RENTSCH_____