William R. Mitchell
P.O. Box 43
Norfolk, MA 02056

Rec'd 3/22/06


EXHIBIT 1

Department of Correction
David J. Rentsch, Counsel
70 Franklin Street, Suite 600
Boston, MA 02110-1300

March 21, 2006

Re: MITCHELL V. MONGELLI
    CIVIL ACTION NO. 04-11504-RCL

Dear Attorney Rentsch:

    Please find enclosed for your records one true and accurate copy of Plaintiff's Amended Interrogatories To Defendant William D. Mongelli.

    At this time I am not amending the production of documents, and the time for answering them will commence on this date as that of the amended interrogatories.

    Pursuant to Fed.R.Civ.P. 5(d)(2) and Local Rule 5.2(b), the originals have been retained in plaintiff's files.

    Thank you for your time in this matter.

Very truly yours,

William R Mitchell
William D. Mitchell

cc: file