UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
WILLIAM R. MITCHELL,      )
     Plaintiff,           )
                          )
                          )
     -v-                  )    CIVIL ACTION
                          )    NO. 04-11504-RCL
                          )
WILLIAM D. MONGELLI,      )
     DEfendant.           )
                          )
```

FILED IN CLERKS OFFICE
2006 APR 21  P 1: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

NOW COMES Plaintiff William R. Mitchell in the above-entitled matter, and he does hereby respectfully move this Honorable Court pursuant to Local Rule 7.1(3), for leave to file a reply to Defendant's Opposition to Plaintiff's Motion For Protective Order.

The grounds for this motion are stated as follows:

1. On April 4, 2006, Plaintiff filed an opposition to Defendant's motion for leave to take deposition, and motion for protective order pursuant to Mass.R.Civ.P. 26(c) and (3).

2. On April 13, 2006, Defendant filed an opposition to Plaintiff's motion for protective order with exhibits.

3. In Defendant's opposition he failed to oppose the elements required for the filing of a protective order,

and only opposed Plaintiff's motion in a cursory fashion. Defendant also argues that Plaintiff made no substantive claim that he should not be deposed.

4. Plaintiff would like to reply to Defendant's opposition so that he may explain further and in complete detail that he did in fact, make the hurdle for a protective order.

WHEREFORE, Plaintiff prays that this Honorable Court ALLOW his Motion For Leave To File A Reply To Defendant's Opposition To Plaintiff's Motion For Protective Order.

Respectfully submitted
by the Plaintiff,

William R. Mitchell, pro-se
P.O. Box 43
Norfolk, MA 02056

CERTIFICATE OF SERVICE

I, William R. Mitchell Plaintiff hereby certifies that he has served upon the Defendant William D. Mongelli, one true and accurate copy of the foregoing documents on this 20 day of April, 2006, by first class mail, postage prepaid.

William R. Mitchell