```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

WILLIAM R. MITCHELL,                    No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

<u>MOTION FOR EXTENSION OF TIME</u>
<u>TO COMPLETE DISCOVERY</u>

The defendant hereby moves this Court for an extension of time to complete discovery, up to and including June 30, 2006. In support, defense counsel states that:

1. The discovery deadline in this case expires today, June 2, 2006.

2. In anticipation of deposing the plaintiff, defense counsel filed a motion for leave to take the deposition of a person confined in prison on March 28, 2006 (P#25).

3. This Court allowed the motion on May 30, 2006, four (4) days before the end of the discovery deadline. This gave counsel insufficient time to schedule the deposition and provide adequate notice to the plaintiff.

4. Counsel still intends to take the plaintiff's deposition, and he needs additional time to make the necessary arrangements with prison officials and the court reporter, and to provide notice to the plaintiff.

2

WHEREFORE, the defendant respectfully requests an extension of time, up to and including June 30, 2006, to complete discovery in this case.

                                        WILLIAM D. MONGELLI

                                        By his attorney,

                                        NANCY ANKERS WHITE
                                        Special Assistant Attorney General

Date: June 2, 2006           __/s/ DAVID J. RENTSCH_____
                                        David J. Rentsch, Counsel
                                        Legal Division
                                        Department of Correction
                                        70 Franklin Street, Suite 600
                                        Boston, MA  02110-1300
                                        (617) 727-3300, ext. 142
                                        BBO #544926
                                        djrentsch@doc.state.ma.us

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of this paper to be mailed to the plaintiff, William R. Mitchell, pro se by first class mail, postage pre-paid, at MCI-Norfolk, P.O. Box 43, Norfolk, MA 02056.

Date: June 2, 2006                      __/s/ DAVID J. RENTSCH_____