UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM R. MITCHELL, )<br>    Plaintiff, )<br>)<br>)<br>-v- )<br>)<br>)<br>WILLIAM D. MONGELLI, )<br>    Defendant. )<br>) | FILED<br>IN CLERKS OFFICE<br><br>2006 JUN -9 P 1:41<br><br>CIVIL ACTION<br>NO. 04-11504-RCL<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S OPPOSITION PURSUANT TO LOCAL RULE 7.1(3)

NOW COMES Plaintiff William R. Mitchell in the above-entitled matter, and he does hereby respectfully move this Honorable Court pursuant to Local Rule 7.1(3), for leave to file a reply to Defendant's Opposition as there are misstatements of facts concerning how many claims were brought by Plaintiff, how many were argued, and how many were actually dismissed by the Court. Defendant claims that the Court only allowed one claim to go forward, when in fact, there are at least two other claims or Counts that have not been properly addressed in any pleading or by the Court. (Deft's Opp. at 1-2).

WHEREFORE, Plaintiff prays that this Honorable Court ALLOW his Motion For Leave To File A Reply To Defendant's Opposition Pursuant To Local Rule 7.1(3).

Respectfully submitted
by the Plaintiff,

*William R Mitchell*
William R. Mitchell, pro-se
P.O. Box 43
Norfolk, MA 02056

Dated: June 6, 2006

CERTIFICATE OF SERVICE

I, William R. Mitchell certifies that he has sent Defendant's attorney David J. Rentsch, Department of Correction, 70 Franklin Street, Suite 600, Boston, MA 02110-1300, one true and accurate copy of the documents herein, on this 6 day of June, 2006, by first class mail, postage prepaid.

*William R Mitchell*
William R. Mitchell