UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM R. MITCHELL,                              No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

### DEFENDANT'S OPPOSITION TO THE PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

The defendant hereby opposes the plaintiff's motion for a protective order (P#34). The plaintiff fails to state a legitimate basis for his request. At the deposition that took place on June 21, 2006, the plaintiff did not raise an objection or voice any concern about the adequacy of notice. The deposition went forward without any difficulty, and the plaintiff appeared ready, willing, and able to answer the questions that were posed to him.

WHEREFORE, the plaintiff's motion for a protective order should be denied.

                                  WILLIAM D. MONGELLI

                                  By his attorney,

                                  NANCY ANKERS WHITE
                                  Special Assistant Attorney General

Date: June 29, 2006        __/s/ DAVID J. RENTSCH_____
                                  David J. Rentsch, Counsel
                                  Legal Division
                                  Department of Correction
                                  70 Franklin Street, Suite 600
                                  Boston, MA  02110-1300
                                  (617) 727-3300, ext. 142
                                  BBO #544926
                                  djrentsch@doc.state.ma.us

2

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of this paper to be mailed to the plaintiff, William R. Mitchell, pro se by first class mail, postage pre-paid, at MCI-Norfolk, P.O. Box 43, Norfolk, MA  02056.

Date: June 29, 2006        __/s/ DAVID J. RENTSCH_____