UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM R. MITCHELL,       )
    Plaintiff,             )
                           )
                           )
-V-                        )  CIVIL ACTION
                           )  NO. 04-11504-RCL
                           )
WILLIAM D. MONGELLI,       )
    Defendant.             )
                           )

FILED
IN CLERKS OFFICE
2006 JUL -7 P 3: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

<u>PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO
DEFENDANT'S OPPOSITION PURSUANT TO LOCAL RULE 7.1(3)</u>

NOW COMES Plaintiff William R. Mitchell in the above-entitled matter, and he does hereby respectfully move this Honorable Court pursuant to Local Rule 7.1(3), for leave to file a reply to Defendant's Opposition as there are misstatements of facts and law concerning notice of deposition which was conducted on June 21, 2006, at the Norfolk State Prison.

WHEREFORE, Plaintiff prays that this Honorable Court <u>ALLOW</u> his Motion For Leave To File A Reply To Defendant's Opposition Pursuant To Local Rule 7.1(3).

Respectfully submitted
by the Plaintiff,

Dated: July 5, 2006

*William R. Mitchell*
William R. Mitchell, pro-se
P.O. Box 43
Norfolk, MA 02056

-2-

## CERTIFICATE OF SERVICE

I, William R. Mitchell certifies that he has served upon Defendant's attorney, David J. Rentsch, Department of Correction, 70 Franklin Street, Suite 600, Boston, Massachusetts 02110-1300, one true and accurate copy of the above named documents, on this 5 day of July, 2006, by first class mail, postage prepaid.

*William R. Mitchell*
William R. Mitchell