```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

WILLIAM R. MITCHELL,                          No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

<u>MOTION FOR EXTENSION OF TIME</u>
<u>TO FILE DISPOSITIVE MOTION</u>

The defendant hereby moves this Court for an extension of time to file his dispositive motion, up to and including September 22, 2006. In support, defense counsel states that:

1. Under the Joint Proposed Pretrial Schedule (P#24), approved by the Court on March 29, 2006, the deadline for filing further dispositive motions in this case is August 4, 2006.

2. Pursuant to its Order of June 22, 2006, this Court extended the time for completion of discovery to June 30, 2006.

3. Counsel for the defendant took the plaintiff's deposition on June 21, 2006. He received the transcript from the court reporter on or about July 25, 2006, and sent it to the plaintiff on July 27, 2006 to read and sign. Counsel has not yet received the signed transcript from the plaintiff.

4. Counsel intends to use portions of the plaintiff's deposition to support the defendant's motion for summary judgment.

5. Because of the delays set forth above, and the fact that defense counsel is scheduled to take vacation during the

2

latter part of August, the defendant will need additional time to file his dispositive motion.

WHEREFORE, the defendant respectfully requests an extension of time, up to and including September 22, 2006, to file a dispositive motion in this case.

                                        WILLIAM D. MONGELLI

                                        By his attorney,

                                        NANCY ANKERS WHITE
                                        Special Assistant Attorney General

Date: August 3, 2006          __/s/ DAVID J. RENTSCH_____
                                        David J. Rentsch, Counsel
                                        Legal Division
                                        Department of Correction
                                        70 Franklin Street, Suite 600
                                        Boston, MA  02110-1300
                                        (617) 727-3300, ext. 142
                                        BBO #544926
                                        djrentsch@doc.state.ma.us

## CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I caused a copy of this paper to be mailed to the plaintiff, William R. Mitchell, <u>pro</u> <u>se</u> by first class mail, postage pre-paid, at MCI-Norfolk, P.O. Box 43, Norfolk, MA 02056.

Date: August 3, 2006              __/s/ DAVID J. RENTSCH_____