```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

WILLIAM R. MITCHELL,                    No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), the defendant, William D. Mongelli, moves for summary judgment on the sole remaining count of the Amended Complaint, i.e., Count VI (Retaliation/First Amendment). In support, the defendant relies on the arguments contained in the accompanying memorandum of law.

```
                         WILLIAM D. MONGELLI

                         By his attorney,

                         NANCY ANKERS WHITE
                         Special Assistant Attorney General


Date: September 20, 2006  __/s/ DAVID J. RENTSCH_____
                         David J. Rentsch, Counsel
                         Legal Division
                         Department of Correction
                         70 Franklin Street, Suite 600
                         Boston, MA  02110-1300
                         (617) 727-3300, ext. 142
                         BBO #544926
                         djrentsch@doc.state.ma.us
```

**"BY ORDER OF THE COURT, THE MOVING PARTY WAS NOT REQUIRED TO CONFER WITH OTHER PARTIES BEFORE FILING THIS MOTION."**