UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM R. MITCHELL,  No. 04-cv-11504-RCL

    Plaintiff,

    v.

WILLIAM D. MONGELLI,

    Defendant.

## CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I caused copies of the following papers to be mailed to the plaintiff, William R. Mitchell, _pro_ _se_ by first class mail, postage pre-paid, at MCI-Norfolk, P.O. Box 43, Norfolk, MA  02056.

- ?? DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;
- ?? MEMORANDUM OF LAW IN SUPPORT OF THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; and,
- ?? SUPPORTING EXHIBITS 1 & 2.

    NANCY ANKERS WHITE
    Special Assistant Attorney General

Date: September 20, 2006    __/s/ DAVID J. RENTSCH_____
    David J. Rentsch, Counsel
    Legal Division
    Department of Correction
    70 Franklin Street, Suite 600
    Boston, MA  02110-1300
    (617) 727-3300, ext. 142
    BBO #544926
    djrentsch@doc.state.ma.us