UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM R. MITCHELL,<br>　　Plaintiff,<br><br>-V-<br><br>WILLIAM D. MONGELLI,<br>　　Defendant. | CIVIL ACTION<br>NO. 04-11504-RCL |

CERTIFICATE OF SERVICE

I, William R. Mitchell certifies that he has served upon Defendant's attorney, David J. Rentsch, Department of Correction, 70 Franklin Street, Suite 600, Boston, Massachusetts 02110-1300, one true and accurate copy of Plaintiff's Opposition To Defendant's Motion For Summary Judgment Pursuant To Fed.R.Civ.P. 56(b); Plaintiff's Affidavit In Support Of Opposition To Motion For Summary Judgment Pursuant To Fed.R.Civ.P. 56(e); Affidavit Of Pedro Valentin; Affidavit Of Emmett S. Muldoon; Affidavit Of Martin McCauley; Affidavit Of Francis J. Gallagher, and Plaintiff's Memorandum In Support Of Opposition To Defendant's Motion For Summary Judgment, on this 3 day of October, 2006, by first class mail, postage prepaid.

-2-

Respectfully submitted
by the Plaintiff,

*William R. Mitchell*
William R. Mitchell, pro-se
P.O. Box 43
Norfolk, MA 02056