UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

CIVIL ACTION NO. 04-11504-RCL

2005 OCT -5 P 2:35

U.S. DISTRICT COURT
DISTRICT OF MASS

```
WILLIAM R. MITCHELL,       )
      Petitioner,          )
                           )
                           )
                           )
   -V-                     )
                           )
                           )
                           )
WILLIAM D.  MONGELLI,      )
LIBRARIAN/MCI-NORFOLK,     )
      Defendant.           )
                           )
```

AFFIDAVIT OF FRANCIS J. GALLAGHER


I, Francis J. Gallagher depose and state that

everything in this affidavit is true to the best of

my knowledge.


1.    Ever since my incarceration, approximately two
years at MCI-Shirley and thirteen years at MCI-
Norfolk, Mr. Mongelli has been nothing but abusive
and disrespectful towards me.

2.    At one time I was waiting to get copy paper and/
or typing paper from Mr. Mongelli, I overheard Mr.
Mongelli on the telephone saying, "Yea, I hate fucking
inmates too."

3.    In fact, everytime I've ever had any dealings with
Mr. Mongelli he has used foul language of some kind.
For example, he would say things like, "wait a fucking
minute," while I was waiting for copy paper.

4.    I believe if I addressed Mr. Mongelli the same
way he has treated me, I would of been in the (RB)
("Hole") for insolence.

5.    At one time I asked Mr. Mongelli why he was so
abusive and disrespectful towards me, he stated
"because your a pain in the ass."  I was intimidated
by his attitude towards me.

-2-

6.    I will testify to these facts if I am called to trial.

        SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
ON THIS 22^{TH} DAY OF JUNE, 2004.


                        Signed by
                        the Affiant,


                        _Francis J. Gallagher_
                        Francis J. Gallagher
                        P.O. Box 43
                        Norfolk, MA 02056