UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

CIVIL ACTION NO. 04-11504-RCL

WILLIAM R. MITCHELL,  )
    Petitioner,  )
)
)
-V-  )
)
)
WILLIAM D. MONGELLI,  )
LIBRARIAN/MCI-NORFOLK,  )
    Defendant.  )
)

AFFIDAVIT OF PEDRO VALENTIN

I, Pedro Valentin depose and state that everything in this affidavit is true to the best of my knowledge.

1. My name is Pedro Valentin and I am the author of the record.

2. On January 14, 2004, around 9:30 a.m., I went to the law library. I went there to seek some help for my criminal case.

3. While I was in the law library I noticed an inmate named William R. Mitchell, and I asked him if he could help me on my criminal case, and he said, yes.

4. While Mr. Mitchell and myself were researching and discussing the matter, the librarian, Mr. Mongelli came over to us and he was yelling, saying to shut-up and to move on from that area which was at the research table.

5. I couldn't work anymore so I left because I got angry and I didn't want to end up getting in trouble.

6. I will testify to these facts if I am called to trial.

-2-

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 24 DAY OF JUNE, 2004.

                              Signed by
                            the Affiant,

                           *Pedro Valentin* (signature)
                           Pedro Valentin
                           P.O. Box 43
                        Norfolk, MA 02056