## AFFIDAVIT OF EMMETT S. MULDOON

I, Emmett S. Muldoon on oath state the following facts on personal knowledge.

(1) I am presently incarcerated at MCI Norfolk (MCIN) and submit this affidavit in support of inmate William R. Mitchell's legal claims against MCIN Law Librarian William Mongelli.

(2) On or about the morning of January 15, 2004 I was in the MCIN law library researching a legal issue. Among the individuals present in the law library I observed William Mitchell, as well as the law library clerk on duty that morning.

(3) In addition to observing William Mitchell researching legal issues I also spoke to him about a number of things.

(4) At approximately 10:30AM, and just prior to the 10:30AM movement period, I observed William Mitchell speaking to the law clerk. At this time the Law Librarian William Mongelli turned in his chair and yelled to both William Mitchell and the clerk to "shut-up" because he didn't want to hear Mitchell every day. I observed William Mongelli then call William Mitchell into his office and shut the office door. Shortly

after William existed the office, I observed William Mongelli call the law clerk into the office.

(5) At approximately 10:40AM I left the law library and returned to my housing unit.

(6) In early May 2004 I was summoned to the HSU building where I was met by the Institutional Grievance Coordinator, Richard Christianson. He asked me a number of questions concerning the events that occurred on the morning of January 15, 2004 between William Mitchell and William Mongelli. I gave Officer Christianson my version of those events and returned to my housing unit.

Signed under the pains and penalties of perjury

Respectfully submitted

*Emmett S. Muldoon*
Emmett S. Muldoon
MCI Norfolk
PO Box 43
Norfolk, MA 02056

August 29, 2004