UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
WILLIAM R. MITCHELL,   )
     Petitioner,       )
                       )
                       )
       -v-             )          CIVIL ACTION
                       )          NO. 04-11504-RCL
                       )
WILLIAM D. MONGELLI,   )
     Defendant.        )
                       )
```

AFFIDAVIT OF MARTIN MCCAULEY

I, Martin McCauley depose and state that everything in this affidavit is true to the best of my knowledge.

1. My name is Martin McCauley and I am the author of the record.

2. On May 12, 2006, William D. Mongelli, Law Librarian issued a disciplinary report against me because I inadvertently left my plastic folder with my legal papers in it. (Exhibit 1).

3. On May 13, 2006, Saturday morning while I was in the mail line, I was informed by a Lieutenant that a disciplinary report was issued for me by the Law Librarian. This was the first time I heard that a ticket was written by the Law Librarian. The ticket itself was written over a 24 hour period, well after the period required by the regulations.

4. On May 17, 2006, I plead guilty to sufficient facts and my case was continued without a finding until June 17, 2006.

5. At no time did the Law Librarian try to resolve this disciplinary report informally or unofficially. This ticket was written over 24 hours after I inadvertently left my folder in the Law Library.

6. I swear that the disciplinary report and sanctions attached to this affidavit are a true and accurate copy.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
ON THIS 12 DAY OF JULY, 2006.

                                Signed by
                             the Affiant,

                         */s/ Martin McCauley*
                         Martin McCauley
                           P.O. Box 43
                        Norfolk, MA 02056

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### DISCIPLINARY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Inmate** | MCCAULEY, MARTIN | **Commit No** | W38845 | **Housing Un** | 6-2 | |
| **Date** | 20060512 | **D- Report No** | 77425 | **Institution** | MCI NORFOLK | |

| Category | Offense(s) |
|---|---|
| 4 | 08-Misuse or waste of issued supplies, goods, services, or property |
| 4 | 11-Violating any departmental rule or regulation, or any other rule, regulation, or condition of an institutio or community based program |

**Description of Offense(s**

On Thursday, May 11, 2006, at approximately 12:55PM, I went to the law library photocopier to make copies of the Legal Copy Request Form needed for the afternoon shift. I noticed a large plastic accordian folder hidden behind the photocopy counter. I immediately recognized this folder as the property of inmate Martin McCauley (W38845).

I took the folder over to the OIC office and submitted it to Lt. Legrand Kelly. Having noticed that Lt. Kelly was speaking with officer Larry Clement, I reminded officer Clement of his previous conversation with inmate McCauley, in which Officer Clement directed inmate McCauley never again to leave his legal property in the law library. This conversation took place earlier this year, approximately one month ago. At that time I was the one who brought McCauley's inappropriate behavior to Officer Clement's attention.

Inmate McCauley has shown a flagrant disregard for library rules and regulations, and a contempt for each attempt that I have made to correct his misbehavior. Because he uses the law library constantly--and from my frequent conversations with him--Inmate McCauley is well aware of institution rules and regulations regarding his legal property.

--EOR--

**Disciplinary Report Type:** Formal

**Has Inmate been placed on Awaiting Action Status**   Yes [X]   No [ ]

**Referred to DA**   [ ] Yes   [X] No     **Referred to DDU**   [ ] Yes   [X] No

| | | | |
|---|---|---|---|
| **Reporting Staff** | William D Mongelli | **Date** 20060512 | **Time** 16:04 |
| **Days off** | Sun  Sat | | |
| **Shift** | 8:30-4 | | |
| **Supervisor** | LeGrande Kelly | **Date** 20060512 | **Time** 17:00 |
| **Shift Commander** | James A Emerson | **Date** 20060512 | **Time** 17:35 |
| **Disciplinary Officer** | Hector L Chavez | **Date** 20060515 | **Time** 09:17 |

**Results**

**Continuance Length** _____   **Continuance Date** _____   **Projected Date** _____

| Offenses | Sanctions | Start Date | Unit | #of Units | Credits | End Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Reviewing Authority** _____   **Date** _____   **Time** _____

20060516 09:21

Commonwealth of Massachusetts
Department of Correction

## Waiver Of Rights - Continuance Without A Finding

INMATE NAME: MCCAULEY, MARTIN                    ID # W38845

DISCIPLINARY REPORT # 77425

1. I  MCCAULEY, MARTIN  AM ADMITTING THAT THERE ARE SUFFICIENT FACTS AS SET FORTH IN THE DISCIPLINARY REPORT ABOVE TO JUSTIFY THE IMPOSITION OF A GUILTY FINDING AGAINST ME FOR OFFENSE NUMBER(S) 77425. I AM MAKING THIS ADMISSION FREELY AND VOLUNTARILY.

2. I AM AWARE OF AND UNDERSTAND MY RIGHTS UNDER 103 CMR 430.00. BY ADMITTING TO SUFFICIENT FACTS I AM FREELY AND VOLUNTARILY WAIVING OF ALL OF MY RIGHTS CONCERNING THE DETERMINATION OF MY GUILT, INCLUDING:
   (a) MY RIGHT TO A HEARING BEFORE A DEPARTMENT OF CORRECTION HEARING OFFICER;
   (b) MY RIGHT TO REQUEST EVIDENCE AND WITNESSES; AND
   (c) MY RIGHT TO APPEAL ANY GUILTY FINDING.

3. I AGREE TO HAVE CONSIDERATION OF THE ABOVE DISCIPLINARY REPORT CONTINUED UNTIL 6/17/06    14 Days Loss of Canteen

4. I AGREE THAT I MUST NOT ENGAGE IN ANY CONDUCT DURING THE CONTINUANCE WHICH LEADS TO ANOTHER DISCIPLINARY REPORT.

5. I AGREE THAT IF THE ABOVE CONDITIONS ARE MET, THE DISCIPLINARY REPORT SUBJECT TO THIS CONTINUANCE WILL BE FILED.

6. I AGREE THAT IF I DO NOT COMPLY WITH THE ABOVE CONDITIONS, GUILTY FINDINGS MAY BE ENTERED AGAINST ME WITHOUT A HEARING ON THE DISCIPLINARY REPORT SUBJECT TO THIS CONTINUANCE. I MAY THEN BE ALLOWED TO BE HEARD ON THE QUESTION OF WHICH SANCTION(S) ARE TO BE IMPOSED AGAINST ME, AND I WILL **ONLY** BE ENTITLED TO BE HEARD ON THESE SANCTIONS AND NOT CONTEST ANY FINDINGS OF GUILT ENTERED AGAINST ME.

7. I AM AGREEING TO ALL OF THE ABOVE FREELY AND VOLUNTARILY.

INMATE SIGNATURE: Martin McCauley    DATE: 5/17/06
STAFF PERSON'S SIGNATURE: Matth PL    DATE: 5/17/06

PRINT NAME: Matthew Phelan