UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WILLIAM R. MITCHELL**
    Plaintiff(s)

    v.           CIVIL ACTION NO.**04-11504-RCL**

**WILLIAM D. MONGELLI**
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

LINDSAY, D.J.

☐  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by the Court.** In accordance with the Court's allowance of defendant's motion for summary judgment on June 25, 2007;

  **IT IS ORDERED AND ADJUDGED**

  Judgment for the defendant. William D. Mongelli.

                    Sarah A. Thornton, Clerk

Dated: June 27, 2007         /s/ Lisa M. Hourihan
                 ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.

(judgciv.frm - 10/96)                                   [jgm.]